IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01249-RBJ

SUNRISE MEDICAL (US) LLC,

    Plaintiff,

v.

KI MOBILITY, LLC, and
KI MOBILITY EXPORTS, INC.,

    Defendants.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for an **eight day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 9, 2015 at 9:00 a.m.**

    A **Trial Preparation Conference** is set for **October 16, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

    In addition to the dates above, the matter is scheduled a **half-day Claim Construction Hearing for March 12, 2015 at 1:30 p.m.**

    For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 14th day of August, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge